# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SETH ALLEN RODGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:21-cv-386-AMM-GMB |
| CAPTAIN GRAY MALONE, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION AND ORDER**

The Magistrate Judge entered a report on December 14, 2022, recommending that the court treat the defendants' special report as a motion for summary judgment and also that the court (1) grant the defendants' motion for summary as to the plaintiff's claims against them in their official capacities; and (2) deny the defendants' motion for summary judgment as to the plaintiff's failure to protect claims against them in their individual capacities. Doc. 20. Although the court advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the defendants' motion for summary judgment is due to be **GRANTED** in part and **DENIED** in part.

It is **ORDERED** that the defendants' motion for summary judgment is **GRANTED** as to the plaintiff's claims against them in their official capacities and **DENIED** as to the plaintiff's failure to protect claims against them in their individual capacities. This matter is **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 10th day of January, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE